FILED

10/27/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 19-0607

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 19-0607

IN THE MATTER OF:

B.A.F.,

An Alleged Mentally Ill Person.

## GRANT OF EXTENSION

Upon consideration of Appellee's motion for a 30-day extension of time, and good cause appearing therefor, Appellee is granted an extension of time to and including November 29, 2020, within which to prepare, serve, and file its response brief.

DM

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
October 27 2020